UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM L. HANEY,<br><br>              Plaintiff,<br><br>      v.<br><br>TECK AMERICAN INCORPORATED, a Washington corporation,<br><br>              Defendant. | NO. CV-09-302-EFS<br><br>**ORDER OF DISMISSAL** |

By Stipulation filed March 28, 2011 (ECF No. 21), the parties advised the Court that the above-captioned matter should be dismissed with prejudice and without costs or fees, pursuant to Federal Rule of Civil Procedure 41.

Therefore, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Dismissal with Prejudice and Order **(ECF No. 21)** and related Joint Motion to Expedite **(ECF No. 23)** are **GRANTED**.

2. The Complaint **(ECF No. 1)** is **DISMISSED with prejudice** and **without costs** or fees awarded to any party.

3. All pending trial and hearing dates are stricken.

ORDER * 1

4. All pending motions are denied as moot.

5. This file shall be **CLOSED.**

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and distribute copies to counsel.

**DATED** this 28th day of March 2011.

```
                    S/ Edward F. Shea
                    EDWARD F. SHEA
             United States District Judge
```

Q:\Civil\2009\302.Stip.Dismiss.wpd

ORDER * 2